# Exhibit D

Michel Bryant Video
April 1, 2025

**To be filed conventionally with the Clerk's Office**