# Exhibit E

Tom Derosier Video
April 1, 2025

**To be filed conventionally with the Clerk's Office**