# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

| TOM DEROSIER, ET AL. | |
|---|---|
| *Plaintiff* | Civil Action No.: |
| v. | **1:25-CV-10812-MJJ** |
| **GEOFFREY NOBLE, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Geoffrey Noble
Superintendent of the Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randazza Legal Group, PLLC
30 Western Ave., Gloucester, MA 01930
Tel: 888-887-1776 - Email: ecf@randazza.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — **Sophie Phillips**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025-04-04 08:47:30**, Clerk USDC DMA

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
Civil Action No.: <u>1:25-CV-10812-MJJ</u>

**COMMONWEALTH OF MASSACHUSETTS**
**A F F I D A V I T   O F   R E T U R N   O F   S E R V I C E**

**MIDDLESEX, ss.**   **FRAMINGHAM, MASSACHUSETTS**   **APRIL 9, 2025**

*Now comes R. Scott Gonfrade, and avers under the pains and penalties of perjury:*

I am a law enforcement officer in the Commonwealth of Massachusetts, a former Chief-Civil Deputy Sheriff of Middlesex County, and a current duly sworn and appointed Constable of several municipalities. I have over 44 years of experience serving civil, and Criminal processes in the Commonwealth of Massachusetts.

I further aver that on **Wednesday, April 9, 2025, at 1:45 p.m.,** I served attested copies of the within *Summons; Verified Complaint with Exhibits and Cover Sheet; Notice of Case Assignment; Certification for Basis of Related Cases; Motion for pro hac vice of Mark Trammell; Order Granting pro hac vice; Order re: Related Cases; Case re-assignment; Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Motion for TRO, and Preliminary Injunction*; upon **Geoffrey Noble, Superintendent of the Massachusetts State Police**, by giving attested copies thereof, in-hand to Attorney Siobhan Kelly, who accepted service of process for Geoffrey Noble, as his attorney, as evidenced by the attached *Acceptance of Service of Process Affidavit* bearing her notarized signature accepting for Geoffrey Noble, attached hereto, and incorporated herein, this Affidavit of Return of Service, at his, and her place of employment, to wit: General Headquarters, Massachusetts State Police, 470 Worcester Road, Framingham, Massachusetts, 01702.

**I further certify that I served the above in my capacity as a United States District Court for the District of Massachusetts, Federal Process Server and disinterested person.**

SWORN TO, AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 9TH DAY OF APRIL, 2025.

*[signature]*
R. Scott Gonfrade, Former Chief-Civil
Deputy Sheriff, Middlesex County,
Duly Sworn & Appointed Constable of
Several Municipalities & <u>A Disinterested Party,</u> & A Court-Appointed Special
Process Server, <u>& United States District Court, Federal Process Server</u>

**Constable's Office, Middlesex County**
**372 Union Avenue**
**Framingham, MA 01702**
**Telephone (508) 872-0192**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
CIVIL-ACTION NO.: 1:25-CV-10818-MJJ;

AND: 1 25-CV-10812-MJJ (NOBLE) ✓

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| TOM DEROSIER ET AL, <br> PLAINTIFF (S) | ) <br> ) <br> ) <br> ) |
| VS. | ) <br> ) <br> ) <br> ) |
| GEOFFREY NOBLE, ET AL, <br> DEFENDANT (S) | ) <br> ) |

**Acceptance of Service of Process**

Service of the within *Verified Complaint with Exhibits and Cover Sheet; Notice of Case Assignment; Certification for basis of related cases; Motion for pro hac vice of Mark Trammell; Order Granting pro hac vice; Order re: related cases; Case re-assignment; Motion for a Temporary Restraining Order and Preliminary Injunction; Memo in Support of Motion for TRO and PI with Exhibit,* is hereby acknowledged and accepted for **Geoffrey Noble, Superintendent of the Massachusetts State Police,** by his attorney and legal department, this ninth day of April, 2025.

Attorney for & Accepting Service for Geoffrey Noble:
Attorney: _____, MASS BBO #: 691672

COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, SS**

On this _____9th_____ day of _____April_____ 2025,

_____Attorney Siobhan Kelly_____

Personally appeared before me, and proved to me through satisfactory evidence of identification, which were __ITEM   MA BMV dL 691672__, to be the person whose name is signed above as accepting service of process in the above-entitled matter, in my presence.

_[signature]_

R. Scott Gonfrade, Notary Public
My Commission Expires: August 29, 2025.

R. Scott Gonfrade
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 29, 2025

2 of 2