UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOM DEROSIER and MICHEL BRYANT,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police; SGT. MICHAEL HARDMAN, in his official and personal capacities; and JOHN DOES 1 & 2 in their official capacities as Massachusetts State Police officers and in their personal capacities,<br><br>    Defendants. | Civil Action No. 1:25-cv-10812<br><br>**EMERGENCY MOTION FOR EXPEDITED HEARING ON MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, FOR ADJUDICATION**<br><br>**[ORAL ARGUMENT NOT REQUESTED]** |

    Plaintiffs Tom Derosier and Michel Bryant move this Court to hear or adjudicate their now-pending motions for preliminary injunction (ECF Nos. 9 & 19). Although the Court ordered the response due on May 23, 2025, Plaintiffs' request has been pending for over a month and Defendant Hardman has escalated his abuses of the buffer zone to assault Plaintiff Derosier. He is a loose cannon who must be stopped, and Defendant Noble must rein in his subordinates, including Hardman, immediately. The Court's previously set schedule has given Hardman (and Noble) a license to batter citizens unabated.

    In support of this motion, Plaintiffs refer to the accompanying memorandum and referenced exhibits. Pursuant to L.R. 7.1(a)(2), the undersigned counsel certify that they attempted in good faith to confer with Defendants to narrow the issues in this motion prior to filing, but they were unable to do so.

WHEREFORE Plaintiffs respectfully request this Honorable Court set the prior motions for hearing or, in the alternative, adjudicate them.

Dated: May 19, 2025.                              Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477                     Mark Trammell (*pro hac vice*)
mjr@randazza.com, ecf@randazza.com                MTrammell@libertyCenter.org
Jay M. Wolman, BBO# 666053                        CENTER FOR AMERICAN LIBERTY
jmw@randazza.com                                  P.O. Box 200942
RANDAZZA LEGAL GROUP, PLLC                        Pittsburgh, PA 15251
30 Western Avenue                                 Tel: (703) 687-6200
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza<br>
Marc J. Randazza