**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEROSIER, ET AL.,<br>Plaintiffs,<br>v.<br>HARDMAN,<br>Defendants. | Civil Action No. 1:25-cv-10812 |
| DELGADO,<br>Plaintiff,<br>v.<br>HARDMAN,<br>Defendants. | Civil Action No. 1:25-cv-10818 |
| WALSH,<br>Plaintiff,<br>v.<br>HARDMAN, ET AL.,<br>Defendants. | Civil Action No. 1:25-cv-11344 |

**JOINT STATUS CONFERENCE REPORT**

Pursuant to the Scheduling Order in these partially consolidated matters (Walsh ECF No. 28, Delgado ECF No. 61, Derosier ECF No. 48), the parties submit their status report in anticipation of the August 20, 2026, Status Conference, as follows:

Discovery remains in its early stages. Although the parties have exchanged and responded to written discovery, Defendant Rose in the *Walsh* matter recently served written discovery on Plaintiff Walsh, which is not yet due. Importantly, because the parties were awaiting the outcome of *Grant v. Trial Court*, No. 25-1555, 2026 U.S. App. LEXIS 22074 (1st Cir. July 24, 2026), which had the potential to adjudicate issues that could have had an effect on these four cases, the parties have not conducted depositions.

The parties have not yet made determinations as to expert discovery, though it may be necessary.

The parties have not determined whether to file any dispositive motions, but the parties believe that such may be warranted.

The parties are willing to consider mediation; however they believe it to be premature.

Along with this report, the parties are also moving to consolidate for discovery the matter of *Nguyen v. Hardman*, Case No. 1:26-cv-11511, with these matters and to extend the schedule in these matters to conform with the *Nguyen* schedule.

Dated: August 18, 2026.

Respectfully Submitted,

/s/ Jay M. Wolman
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Mark Trammell
(*Pro Hac Vice)*
Center for American Liberty
P.O. Box 200942
Pittsburgh, PA 15251
Tel: (703) 687-6200
MTrammell@libertyCenter.org

*Attorneys for Plaintiffs.*

/s/ Matthew J. Hamel
Matthew J. Hamel, BBO # 706146
Adam Simms, BBO # 632617
Cole S. Fahrenkopf, BBO# 710953
Pierce Davis & Perritano, LLP
10 Post Office Square, Ste. 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
mhamel@piercedavis.com
cfahrenkopf@piercedavis.com

*Attorneys for Defendants Freedman, Welsh, Brown, Nunziato, and Hardman.*

/s/ Timothy M. Burke
Timothy M. Burke, BBO # 065720
Jared S. Burke, BBO # 677851
Law Offices of Timothy M. Burke
117 Kendrick Street, Ste. 300
Needham, MA 02494
(781) 455-0707
tburke@timburkelaw.com
burkejared@gmail.com

*Attorneys for Defendant Rose.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman