**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEROSIER, ET AL.,<br>Plaintiffs,<br>v.<br>HARDMAN,<br>Defendants. | Civil Action No. 1:25-cv-10812 |
| DELGADO,<br>Plaintiff,<br>v.<br>HARDMAN,<br>Defendants. | Civil Action No. 1:25-cv-10818 |
| WALSH,<br>Plaintiff,<br>v.<br>HARDMAN, ET AL.,<br>Defendants. | Civil Action No. 1:25-cv-11344 |

**[PROPOSED] REVISED SCHEDULING ORDER**

**[DATE]**

JOUN, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by **September 24, 2025**.
2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **December 26, 2025.**
3. **Fact Discovery – Interim Deadlines**
    a. All requests for production of documents and interrogatories must be served by **May 21, 2027.**
    b. All requests for admission must be served by **May 21, 2027.**
    c. All depositions, other than expert depositions, must be completed by **May 21, 2027.**
4. **Obligation to Supplement**. Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.
5. **Final Fact Discovery Deadline.** All discovery, other than expert discovery, must be completed by **May 21, 2027**.
6. **Status Conference**. A status conference will be held on _______________, at __________. By _____________, the parties shall file a status report indicating the current status of the case, including whether the parties intend to seek expert discovery and/or intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case.

**7. Expert Discovery.**

a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **August 27, 2027**.

b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **September 24, 2027**.

c. All trial experts must be deposed by **February 19, 2028**.

**8. Summary Judgment Motions.**

a. Motions for summary judgment must be filed by **April 7, 2028**.

b. Opposition to summary judgment motions are due twenty-one (21) days thereafter.

c. Reply memoranda are due within fourteen (14) days of the filing of the opposition.

d. Sur-reply memoranda are not permitted.

e. In the case of cross-motions, the deadlines and page limits for the filings other than the Plaintiff's initial motion are set forth in the Session's Standing Order.

______________________________
United States District Judge